UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GIANACAKOS, JAMES | § | Case No. 09-05212 |
| GIANACAKOS, KATHLEEN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-05212 CAS Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | GIANACAKOS, JAMES | Date Filed (f) or Converted (c): | 02/18/09 (f) |
|  | GIANACAKOS, KATHLEEN | 341(a) Meeting Date: | 03/24/09 |
| For Period Ending: | 11/04/13 | Claims Bar Date: | 11/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1996 Chevrolet Corvette | 8,000.00 | 0.00 |  | 4,948.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 |  | 2.54 | FA |
| 3. REAL PROPERTY | 495,000.00 | 0.00 |  | 0.00 | FA |
| 4. CASH ON HAND | 500.00 | 0.00 |  | 0.00 | FA |
| 5. BANK ACCOUNTS | 1,800.00 | 0.00 |  | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 2,150.00 | 0.00 |  | 0.00 | FA |
| 7. WEARING APPAREL AND JEWELRY | 2,760.00 | 0.00 |  | 0.00 | FA |
| 8. OFFICE EQUIPMENT, FURNISHINGS, AND | 200.00 | 0.00 |  | 0.00 | FA |
| 9. 2001 LINCOLN CONTINENTAL | 5,000.00 | 0.00 |  | 3,020.00 | FA |
| TOTALS (Excluding Unknown Values) | $515,410.00 | $0.00 |  | $7,970.54 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR has been submitted to UST

Initial Projected Date of Final Report (TFR): 12/31/20     Current Projected Date of Final Report (TFR): 12/31/12

/s/    BRENDA PORTER HELMS, TRUSTEE
_____  Date: 11/04/13
BRENDA PORTER HELMS, TRUSTEE

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*                                                        Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-05212 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GIANACAKOS, JAMES | | Bank Name: | ASSOCIATED BANK |
| | GIANACAKOS, KATHLEEN | | Account Number / CD #: | *******1194 Checking - Non Interest |
| Taxpayer ID No: | *******5419 | | | |
| For Period Ending: | 11/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,364.89 | | 6,364.89 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.22 | 6,362.67 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.05 | 6,358.62 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.92 | 6,354.70 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.05 | 6,350.65 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,340.65 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 5.68 | 6,334.97 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,324.97 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,314.97 |
| 04/11/13 | 9 | All Aboard Diner 151B 75th St Downers Grove IL 60516 | debtors equity in vehicles | 1129-000 | 1,000.00 | | 7,314.97 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.04 | 7,304.93 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.86 | 7,294.07 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.49 | 7,283.58 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.83 | 7,272.75 |
| 08/16/13 | 1 | All Aboard Diner Inc. | debtors equity in vehicles | 1129-000 | 300.00 | | 7,572.75 |
| 08/27/13 | 9 | All Aboard Diner | debtors interest in vehicle | 1129-000 | 200.00 | | 7,772.75 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,761.66 |

Page Subtotals  7,864.89  103.23

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-05212 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | GIANACAKOS, JAMES | Bank Name: | ASSOCIATED BANK |
| | GIANACAKOS, KATHLEEN | Account Number / CD #: | *******1194 Checking - Non Interest |
| Taxpayer ID No: | *******5419 | | |
| For Period Ending: | 11/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
| --- | --- | --- | --- | --- | --- | --- |
| | | COLUMN TOTALS | | 7,864.89 | 103.23 | 7,761.66 |
| | | Less: Bank Transfers/CD's | | 6,364.89 | 0.00 | |
| | | Subtotal | | 1,500.00 | 103.23 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 1,500.00 | 103.23 | |

Page Subtotals    0.00    0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 09-05212 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GIANACAKOS, JAMES | | Bank Name: | BANK OF AMERICA, N.A. |
| | GIANACAKOS, KATHLEEN | | Account Number / CD #: | *******7886 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5419 | | | |
| For Period Ending: | 11/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/09 | 1 | James and Kathleen Gianacakos<br>8433 Creekside Lane<br>Darien IL 60561 | buyback of equity in vehicles | 1129-000 | 664.00 | | 664.00 |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 664.01 |
| 10/07/09 | 1 | JAMES GIANACAKOS<br>8433 CREEKSIDE LANE<br>DARIEN, IL 60561 | DEBTOR'S EQUITY IN VEHICLES | 1129-000 | 664.00 | | 1,328.01 |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,328.04 |
| 11/30/09 | 1 | Kathleen Giancakos<br>8433 Creekside Lane<br>Darien IL 60561 | partail payment on equity in vehice | 1129-000 | 664.00 | | 1,992.04 |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,992.07 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 1,992.12 |
| 01/04/10 | 1 | James and Kathleen Gianacakos<br>8433 Creekside Lane<br>Darien IL 60561 | debtors equity in vehicle | 1129-000 | 664.00 | | 2,656.12 |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 2,656.17 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,656.23 |
| 03/04/10 | 1 | All Aboard Diner Inc.<br>1510B 75th St<br>Downers Grove IL 60516 | debtors equity in vehicles | 1129-000 | 664.00 | | 3,320.23 |
| 03/06/10 | 000101 | International Sureties Ltd<br>701 Polydras St. #420<br>New Orleans LA 70139 | bond premium | 2300-000 | | 2.82 | 3,317.41 |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,317.49 |
| 04/10/10 | 9 | All Aboard Diner<br>1510B 75th St<br>Dowerns Grove IL 60516 | debtors equity in vehicles | 1229-000 | 664.00 | | 3,981.49 |

Page Subtotals  3,984.31  2.82

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 09-05212 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | GIANACAKOS, JAMES | Bank Name: | BANK OF AMERICA, N.A. |
| | GIANACAKOS, KATHLEEN | Account Number / CD #: | *******7886  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5419 | | |
| For Period Ending: | 11/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,981.58 |
| 05/28/10 | 1 | All Aboard Diner Inc.<br>1510B 75th St<br>Downers Gove IL 60516 | debtors equity in vehicles | 1129-000 | 664.00 | | 4,645.58 |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 4,645.67 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,645.79 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,645.90 |
| 08/13/10 | 9 | James and Kathleen Gianacakos<br>8433 Creekside Lane<br>Darien IL 60561 | debtors equity in vehicles | 1129-000 | 664.00 | | 5,309.90 |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,310.03 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,310.16 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,310.29 |
| 11/05/10 | 1 | All Aboard Diner Inc. | Settlement with Debtor | 1129-000 | 664.00 | | 5,974.29 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,974.44 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,974.59 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,974.74 |
| 02/19/11 | 000102 | International Sureties<br>701 Polydras St.  #420<br>New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 4.54 | 5,970.20 |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.25 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.30 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.35 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.40 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.45 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.50 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.55 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.60 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.65 |

Page Subtotals    1,993.70    4.54

FORM 2

Page: 5
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-05212 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GIANACAKOS, JAMES | | Bank Name: | BANK OF AMERICA, N.A. |
| | GIANACAKOS, KATHLEEN | | Account Number / CD #: | *******7886 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5419 | | | |
| For Period Ending: | 11/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.61 | 5,963.04 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,963.09 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.35 | 5,955.74 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,955.79 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 5,948.45 |
| 01/05/12 | 9 | James and Kathleen Gianacakos 8433 Creekside Lane Darien IL 60561 | | 1129-000 | 492.00 | | 6,440.45 |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,440.50 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.22 | 6,432.28 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,432.33 |
| 02/29/12 | 000103 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 8.51 | 6,423.82 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.64 | 6,416.18 |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,416.23 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.89 | 6,408.34 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,408.39 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.14 | 6,400.25 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,400.30 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.13 | 6,392.17 |
| 06/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,392.22 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.60 | 6,384.62 |
| 07/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,384.68 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.37 | 6,376.31 |
| 08/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,376.36 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.10 | 6,368.26 |
| 09/14/12 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,368.28 |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR | BANK FEES | 2600-000 | | 3.39 | 6,364.89 |

Page Subtotals  492.53  98.29

UST Form 101-7-TFR (5/1/2011) (Page: 8)
LFORM24
Ver: 17.03a

FORM 2

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-05212 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | GIANACAKOS, JAMES | Bank Name: | BANK OF AMERICA, N.A. |
| | GIANACAKOS, KATHLEEN | Account Number / CD #: | *******7886  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5419 | | |
| For Period Ending: | 11/04/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | | DALLAS, TX 75283  Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,364.89 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,470.54 | 6,470.54 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,364.89 | |
| Subtotal | 6,470.54 | 105.65 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,470.54 | 105.65 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********1194 | 1,500.00 | 103.23 | 7,761.66 |
| Money Market - Interest Bearing - ********7886 | 6,470.54 | 105.65 | 0.00 |
| | 7,970.54 | 208.88 | 7,761.66 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 11/04/13
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals        0.00        6,364.89

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                Ver: 17.03a

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                Exhibit D

Case No.: 09-05212
Case Name: GIANACAKOS, JAMES
           GIANACAKOS, KATHLEEN
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

              Balance on hand                                    $

    Claims of secured creditors will be paid as follows:

                                   NONE


    Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

         Total to be paid for chapter 7 administrative expenses      $_____
         Remaining Balance                                           $_____


    Applications for prior chapter fees and administrative expenses have been filed as follows:

                                   NONE


    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

         Allowed priority claims are:

                                   NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 000002 | DISCOVER BANK | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns | $ | $ | $ |
| 000006 | PYOD LLC its successors and assigns | $ | $ | $ |
| 000007 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000008 | CAPITAL ONE BANK (USA), N.A. | $ | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ | $ |
| 10 | FIA Card Services, Bank of America | $ | $ | $ |
| 11 | Midland Funding LLC | $ | $ | $ |
| 12 | GE Money Bank dba Sam's Club | $ | $ | $ |

Total to be paid to timely general unsecured creditors                    $_____

Remaining Balance                                                                                       $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE