# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GIANACAKOS, JAMES | § | Case No. 09-05212 |
| GIANACAKOS, KATHLEEN | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 s. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/20/2013 in Courtroom 4016,
> Henry Hyde Judicial Office Facility
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/04/2013           By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GIANACAKOS, JAMES | § | Case No. 09-05212 |
| GIANACAKOS, KATHLEEN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,970.54 |
| and approved disbursements of | $ | 208.88 |
| leaving a balance on hand of[1] | $ | 7,761.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $          1,547.05 | $          0.00 | $          1,547.05 |
| Other: International Sureties | $          18.73 | $          18.73 | $          0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,547.05 |
| Remaining Balance | $ | 6,214.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,255.73  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 3,070.40 | $ 0.00 | $ 311.50 |
| 000002 | DISCOVER BANK | $ 13,505.30 | $ 0.00 | $ 1,370.16 |
| 000003 | Chase Bank USA, N.A. | $ 7,762.54 | $ 0.00 | $ 787.54 |
| 000004 | PYOD LLC its successors and assigns | $ 2,151.19 | $ 0.00 | $ 218.25 |
| 000005 | PYOD LLC its successors and assigns | $ 5,493.70 | $ 0.00 | $ 557.36 |
| 000006 | PYOD LLC its successors and assigns | $ 9,213.33 | $ 0.00 | $ 934.72 |
| 000007 | CAPITAL ONE BANK (USA), N.A. | $ 640.74 | $ 0.00 | $ 65.01 |
| 000008 | CAPITAL ONE BANK (USA), N.A. | $ 4,146.43 | $ 0.00 | $ 420.67 |
| 000009 | Chase Bank USA, N.A. | $ 1,549.91 | $ 0.00 | $ 157.24 |
| 10 | FIA Card Services, Bank of America | $ 3,348.47 | $ 0.00 | $ 339.71 |
| 11 | Midland Funding LLC | $ 5,628.32 | $ 0.00 | $ 571.01 |
| 12 | GE Money Bank dba Sam's Club | $ 4,745.40 | $ 0.00 | $ 481.44 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 6,214.61 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-05212-DRC
James Gianacakos                                                          Chapter 7
Kathleen Gianacakos
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: dwilliams        Page 1 of 2            Date Rcvd: Nov 08, 2013
                               Form ID: pdf006        Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2013.
db/jdb       +James Gianacakos,   Kathleen Gianacakos,   8433 Creekside Lane,   Darien, IL 60561-5350
13541996     +AT&T Universal Card,   Att Processing Center,   Des Moines, IA 50363-0001
13714856     +Adventist Hinsdale Hospital,   PO Box 9247,   Hinsdale, IL 60522-9247
20320026      American InfoSource LP as agent for TD Bank, USA,   PO Box 248866,
               Oklahoma City, OK  73124-8866
13541997      Best Buy Co., Inc.,   P.O. Box 17298,   Baltimore, MD 21297-1298
14355912     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,   NORCROSS, GA  30091)
13541998     +Capital One,   P.O. Box 5294,   Carol Stream, IL 60197-5294
13541999      Capital One Bank,   P.O. Box 5294,   Carol Stream, IL 60197-5294
13542001      Chase,   P.O. Box 9001022,   Louisville, KY 40290-1022
14351704      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14441887     +Chase Bank USA, N.A.,   C/O Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
13542002      Chase Cardmember Servics,   P.O. Box 15153,   Wilmington, DE 19886-5153
13542003     +Citi Cards,   P.O. Box 688913,   Des Moines, IA 50368
13542004     +Countrywide Mortgage,   31 Inwood Road,   Rocky Hill, CT 06067-3412
13714854     +DuPage Medical Group,   1860 Paysphere Circle,   Chicago, IL 60674-0018
13542007     +Harris FIA Card Services,   P.O. Box 15726,   Wilmington, DE 19886-5726
19931764      Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
13714855      Neuro & Ortho Inc Chicago,   c/o KCI,   PO Box 14765,   Shawnee Mission, KS 66285-4765
13714857      Quest Diagnostics,   PO Box 64804,   Baltimore, MD 21264-4804
13542010      Sears Credit Card,   P.O. Box 183082,   Columbus, OH 43218-3082

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14291318      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2013 00:51:00
               AMERICAN INFOSOURCE LP AS AGENT FOR,   TARGET,   PO Box 248838,   Oklahoma City, OK 73124-8838
14300805      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 09 2013 00:44:15   DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
13542005      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 09 2013 00:44:15   Discover,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
14664181      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2013 00:44:14
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK  73124-8809
13542006      E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2013 00:44:13   GE Money Bank,   P.O. Box 960061,
               Orlando, FL 32896-0061
14687288     +E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2013 00:43:36
               GE Money Bank dba HOME DESIGN-FLOORING/GEMB,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14687298     +E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2013 00:44:14
               GE Money Bank dba SAM'S CLUB DISCOVER,   Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13542008      E-mail/Text: bnckohlsnotices@becket-lee.com Nov 09 2013 00:37:52   Kohl's,
               Kohl's Payment Center,   P.O. Box 2983,   Milwaukee, WI 53201-2983
14351896     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2013 00:41:01
               PYOD LLC its successors and assigns,   c/o Resurgent Capital Services,   Po Box 19008,
               Greenville, SC 29602-9008
19931765      E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2013 00:51:00
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13542009      E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2013 00:43:33   Sams Club Discover,
               P.O. Box 960016,   Orlando, FL 32896-0016
                                                                                    TOTAL: 11


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13542000*     Capital One Bank,   P.O. Box 5294,   Carol Stream, IL 60197-5294
13542011     ##+Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
                                                                            TOTALS: 0, * 1, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dwilliams          Page 2 of 2          Date Rcvd: Nov 08, 2013
                             Form ID: pdf006          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2013 at the address(es) listed below:
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Josephine J Miceli    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee c/o
           Countrywide Home Loans Servicing LP jmiceli@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terence M Fenelon    on behalf of Debtor James  Gianacakos tmf523@comcast.net
          Terence M Fenelon    on behalf of Joint Debtor Kathleen  Gianacakos tmf523@comcast.net
                                                                          TOTAL: 5
```