## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GIANACAKOS, JAMES | § | Case No. 09-05212 |
| GIANACAKOS, KATHLEEN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Countrywide Mortgage |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist Hinsdale Hospital | | | | | |
| | Best Buy Co. | | | | | |
| | Capital One | | | | | |
| | DuPage Medical Group | | | | | |
| | Kohls | | | | | |
| | Neuro & Ortho Ins. Chicago | | | | | |
| | Quest Diagnostics | | | | | |
| | Sears Credit Card | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 10 | FIA CARD SERVICES, BANK OF AMERICA | | | | | |
| 12 | GE MONEY BANK DBA SAM'S CLUB | | | | | |
| 11 | MIDLAND FUNDING LLC | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 09-05212 | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | GIANACAKOS, JAMES | | | Date Filed (f) or Converted (c): | 02/18/09 (f) |
| | GIANACAKOS, KATHLEEN | | | 341(a) Meeting Date: | 03/24/09 |
| For Period Ending: 02/20/14 | | | | Claims Bar Date: | 11/06/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 1996 Chevrolet Corvette | 8,000.00 | 0.00 | | 4,948.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 2.54 | FA |
| 3. REAL PROPERTY | 495,000.00 | 0.00 | | 0.00 | FA |
| 4. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 5. BANK ACCOUNTS | 1,800.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 2,150.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL AND JEWELRY | 2,760.00 | 0.00 | | 0.00 | FA |
| 8. OFFICE EQUIPMENT, FURNISHINGS, AND | 200.00 | 0.00 | | 0.00 | FA |
| 9. 2001 LINCOLN CONTINENTAL | 5,000.00 | 0.00 | | 3,020.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $515,410.00          $0.00                              $7,970.54          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR has been submitted to UST

Initial Projected Date of Final Report (TFR): 12/31/20          Current Projected Date of Final Report (TFR): 12/31/12

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-05212 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | GIANACAKOS, JAMES | | Bank Name: | ASSOCIATED BANK |
| | GIANACAKOS, KATHLEEN | | Account Number / CD #: | *******1194  Checking - Non Interest |
| Taxpayer ID No: | *******5419 | | | |
| For Period Ending: | 02/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,364.89 | | 6,364.89 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.22 | 6,362.67 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.05 | 6,358.62 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.92 | 6,354.70 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.05 | 6,350.65 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,340.65 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 5.68 | 6,334.97 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,324.97 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,314.97 |
| 04/11/13 | 9 | All Aboard Diner 151B 75th St Downers Grove IL 60516 | debtors equity in vehicles | 1129-000 | 1,000.00 | | 7,314.97 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.04 | 7,304.93 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.86 | 7,294.07 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.49 | 7,283.58 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.83 | 7,272.75 |
| 08/16/13 | 1 | All Aboard Diner Inc. | debtors equity in vehicles | 1129-000 | 300.00 | | 7,572.75 |
| 08/27/13 | 9 | All Aboard Diner | debtors interest in vehicle | 1129-000 | 200.00 | | 7,772.75 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 7,761.66 |
| 12/30/13 | 010002 | BRENDA PORTER HELMS, TRUSTEE 3400 W. LAWRENCE AVENUE CHICAGO, IL 60625 | Chapter 7 Compensation/Fees | 2100-000 | | 1,547.05 | 6,214.61 |
| 12/30/13 | 010003 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000001, Payment 10.14526% | 7100-000 | | 311.50 | 5,903.11 |
| 12/30/13 | 010004 | DISCOVER BANK DFS Services LLC | Claim 000002, Payment 10.14535% | 7100-000 | | 1,370.16 | 4,532.95 |

Page Subtotals   7,864.89   3,331.94

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.05

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-05212  -CAS |
| Case Name: | GIANACAKOS, JAMES |
| | GIANACAKOS, KATHLEEN |
| Taxpayer ID No: | *******5419 |
| For Period Ending: | 02/20/14 |

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1194  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 3025 New Albany, Ohio 43054-3025 | | | | | |
| 12/30/13 | 010005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000003, Payment 10.14539% | 7100-000 | | 787.54 | 3,745.41 |
| 12/30/13 | 010006 | PYOD LLC its successors and assigns c/o Resurgent Capital Services Po Box 19008 Greenville, SC 29602 | Claim 000004, Payment 10.14555% | 7100-000 | | 218.25 | 3,527.16 |
| 12/30/13 | 010007 | PYOD LLC its successors and assigns c/o Resurgent Capital Services Po Box 19008 Greenville, SC 29602 | Claim 000005, Payment 10.14544% | 7100-000 | | 557.36 | 2,969.80 |
| 12/30/13 | 010008 | PYOD LLC its successors and assigns c/o Resurgent Capital Services Po Box 19008 Greenville, SC 29602 | Claim 000006, Payment 10.14530% | 7100-000 | | 934.72 | 2,035.08 |
| 12/30/13 | 010009 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | Claim 000007, Payment 10.14608% | 7100-000 | | 65.01 | 1,970.07 |
| 12/30/13 | 010010 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | Claim 000008, Payment 10.14535% | 7100-000 | | 420.67 | 1,549.40 |
| 12/30/13 | 010011 | Chase Bank USA, N.A. C/O Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Claim 000009, Payment 10.14511% | 7100-000 | | 157.24 | 1,392.16 |
| 12/30/13 | 010012 | FIA Card Services, Bank of America | Claim 10, Payment 10.14523% | 7100-000 | | 339.71 | 1,052.45 |

Page Subtotals    0.00    3,480.50

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit 9

| | |
|---|---|
| Case No: | 09-05212  -CAS |
| Case Name: | GIANACAKOS, JAMES |
| | GIANACAKOS, KATHLEEN |
| Taxpayer ID No: | *******5419 |
| For Period Ending: | 02/20/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1194  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/13 | 010013 | by American Infosource LP<br>P.O. Box 248809<br>Oklahoma City OK 73124<br>Midland Funding LLC | Claim 11, Payment 10.14530% | 7100-000 | | 571.01 | 481.44 |
| 12/30/13 | 010014 | by Recoser LLC<br>25 SE 2nd Ave. #1120<br>Miami FL 33131<br>GE Money Bank dba Sam's Club<br>Discover<br>c/o Recovery Management Systems<br>25 SE 2nd Ave. #1120<br>Miami FL 33131 | Claim 12, Payment 10.14540% | 7100-000 | | 481.44 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 7,864.89 | 7,864.89 | 0.00 |
| Less:  Bank Transfers/CD's | 6,364.89 | 0.00 | |
| Subtotal | 1,500.00 | 7,864.89 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,500.00 | 7,864.89 | |

Page Subtotals                    0.00           1,052.45

Ver: 17.05

Page:   4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-05212  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | GIANACAKOS, JAMES | Bank Name: | BANK OF AMERICA, N.A. |
| | GIANACAKOS, KATHLEEN | Account Number / CD #: | *******7886 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5419 | | |
| For Period Ending: | 02/20/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/09 | 1 | James and Kathleen Gianacakos | buyback of equity in vehicles | 1129-000 | 664.00 | | 664.00 |
| | | 8433 Creekside Lane | | | | | |
| | | Darien IL 60561 | | | | | |
| 09/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 664.01 |
| 10/07/09 | 1 | JAMES GIANACAKOS | DEBTOR'S EQUITY IN VEHICLES | 1129-000 | 664.00 | | 1,328.01 |
| | | 8433 CREEKSIDE LANE | | | | | |
| | | DARIEN, IL  60561 | | | | | |
| 10/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,328.04 |
| 11/30/09 | 1 | Kathleen Giancakos | partail payment on equity in vehice | 1129-000 | 664.00 | | 1,992.04 |
| | | 8433 Creekside Lane | | | | | |
| | | Darien IL 60561 | | | | | |
| 11/30/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 1,992.07 |
| 12/31/09 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 1,992.12 |
| 01/04/10 | 1 | James and Kathleen Gianacakos | debtors equity in vehicle | 1129-000 | 664.00 | | 2,656.12 |
| | | 8433 Creekside Lane | | | | | |
| | | Darien IL 60561 | | | | | |
| 01/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 2,656.17 |
| 02/26/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,656.23 |
| 03/04/10 | 1 | All Aboard Diner Inc. | debtors equity in vehicles | 1129-000 | 664.00 | | 3,320.23 |
| | | 1510B 75th St | | | | | |
| | | Downers Grove IL 60516 | | | | | |
| 03/06/10 | 000101 | International Sureties Ltd | bond premium | 2300-000 | | 2.82 | 3,317.41 |
| | | 701 Polydras St. #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,317.49 |
| 04/10/10 | 9 | All Aboard Diner | debtors equity in vehicles | 1129-000 | 664.00 | | 3,981.49 |
| | | 1510B 75th St | | | | | |
| | | Dowerns Grove IL 60516 | | | | | |

| | | | Page Subtotals | | 3,984.31 | 2.82 | |

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   5

Exhibit 9

| Case No: | 09-05212  -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | GIANACAKOS, JAMES | | Bank Name: | BANK OF AMERICA, N.A. |
| | GIANACAKOS, KATHLEEN | | Account Number / CD #: | *******7886  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5419 | | | |
| For Period Ending: | 02/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,981.58 |
| 05/28/10 | 1 | All Aboard Diner Inc. | debtors equity in vehicles | 1129-000 | 664.00 | | 4,645.58 |
| | | 1510B 75th St | | | | | |
| | | Downers Gove IL 60516 | | | | | |
| 05/28/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 4,645.67 |
| 06/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,645.79 |
| 07/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,645.90 |
| 08/13/10 | 9 | James and Kathleen Gianacakos | debtors equity in vehicles | 1129-000 | 664.00 | | 5,309.90 |
| | | 8433 Creekside Lane | | | | | |
| | | Darien IL 60561 | | | | | |
| 08/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,310.03 |
| 09/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,310.16 |
| 10/29/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,310.29 |
| 11/05/10 | 1 | All Aboard Diner Inc. | Settlement with Debtor | 1129-000 | 664.00 | | 5,974.29 |
| 11/30/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,974.44 |
| 12/31/10 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,974.59 |
| 01/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,974.74 |
| 02/19/11 | 000102 | International Sureties | 2011 - 2012 bond payment | 2300-000 | | 4.54 | 5,970.20 |
| | | 701 Polydras St. #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 02/28/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.25 |
| 03/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.30 |
| 04/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.35 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.40 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.45 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.50 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.55 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.60 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,970.65 |

| | | | | Page Subtotals | 1,993.70 | 4.54 | |

Ver: 17.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| Case No: | 09-05212  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | GIANACAKOS, JAMES | Bank Name: | BANK OF AMERICA, N.A. |
| | GIANACAKOS, KATHLEEN | Account Number / CD #: | *******7886  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5419 | | |
| For Period Ending: | 02/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.61 | 5,963.04 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,963.09 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.35 | 5,955.74 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,955.79 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.34 | 5,948.45 |
| 01/05/12 | 9 | James and Kathleen Gianacakos | | 1129-000 | 492.00 | | 6,440.45 |
| | | 8433 Creekside Lane | | | | | |
| | | Darien IL 60561 | | | | | |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,440.50 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.22 | 6,432.28 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,432.33 |
| 02/29/12 | 000103 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 8.51 | 6,423.82 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.64 | 6,416.18 |
| 03/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,416.23 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.89 | 6,408.34 |
| 04/30/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,408.39 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.14 | 6,400.25 |
| 05/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,400.30 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.13 | 6,392.17 |
| 06/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,392.22 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.60 | 6,384.62 |
| 07/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 6,384.68 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.37 | 6,376.31 |
| 08/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,376.36 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.10 | 6,368.26 |
| 09/14/12 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 6,368.28 |
| 09/14/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 3.39 | 6,364.89 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |

Page Subtotals                492.53         98.29

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 09-05212  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | GIANACAKOS, JAMES | Bank Name: | BANK OF AMERICA, N.A. |
| | GIANACAKOS, KATHLEEN | Account Number / CD #: | *******7886  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5419 | | |
| For Period Ending: | 02/20/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | | DALLAS, TX  75283 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,364.89 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 6,470.54 | 6,470.54 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 6,364.89 | |
| | Subtotal | 6,470.54 | 105.65 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 6,470.54 | 105.65 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - *******1194 | 1,500.00 | 7,864.89 | 0.00 |
| Money Market - Interest Bearing - ********7886 | 6,470.54 | 105.65 | 0.00 |
| | -------------------------- | -------------------------- | -------------------------- |
| | 7,970.54 | 7,970.54 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  _____ /s/    BRENDA PORTER HELMS, TRUSTEE _____   Date: 02/20/14

BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 6,364.89 |

Ver: 17.05